UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 07-61296-CIV-GOLD/McALILEY

RICHARD HARDWICK,

    Plaintiff,

v.

AL LAMBERTI, individually, and in his
official capacity as Sheriff of Broward County,
Florida (Broward County Sheriff's Office), and;
ARMOR CORRECTIONAL HEALTH
SERVICES, INC., a Florida corporation.

    Defendants.
_____/

ORDER DISMISSING CASE WITH PREJUDICE; CLOSING CASE

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 130], filed December 11, 2008.  Having reviewed the Joint Stipulation, it is hereby

ORDERED AND ADJUDGED:

1. This case is DISMISSED WITH PREJUDICE.

2. The Stipulation [DE 130] is APPROVED.

3. Each party to bear its own costs and attorneys fees.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 15th day of December, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris McAliley
U.S. Magistrate Judge William Turnoff
Counsel of record